AO 91 (Rev. 11/11) Criminal Complaint

FILED

## UNITED STATES DISTRICT COURT
for the
Eastern District of California

FEB 01 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY 
   DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Albert Magallanes | ) | Case No. 1:18 MJ 00024 EPG |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 18, 2017__ in the county of __Fresno__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1073 | Unlawful Flight to Avoid Prosecution |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Thomas A. Volk, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __Feb. 1, 2018__

_____
*Judge's signature*

City and state: __Fresno, California__   Erica P. Grosjean, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Thomas A. Volk, being sworn, depose and state the following:

### I.   INTRODUCTION

1. This affidavit is in support of a Criminal Complaint and arrest warrant charging Albert Magallanes with violating Title 18, United States Code, Section 1073, to wit, Unlawful Flight to Avoid Prosecution. The information set forth in this affidavit is not intended to detail each and every fact and circumstance of the investigation involving Magallanes, or all of the information known to law enforcement. The information provided in this affidavit serves only to establish probable cause for the arrest of Magallanes.

2. The information contained in this affidavit is based upon my investigation, training, and experience, and where noted, information related to me by other law enforcement officers and/or agents.

### II.   AFFIANT'S BACKGROUND

3. I am a Special Agent with the Federal Bureau of Investigation (FBI). I have been employed with the FBI since May of 2015. I graduated from the FBI Academy, located in Quantico, Virginia. Prior to being employed with the FBI, I was a Deputy with the United States Marshals Service from April of 2009 through May of 2015. I previously graduated from the Federal Law Enforcement Training Center, located in Glynco, Georgia. Throughout my law enforcement career, I have attended multiple trainings and conducted investigations related to criminal street gangs, violent crime, firearms, controlled substances, organized criminal enterprises, and other violations of the criminal laws of the United States.

4. Prior to my employment with FBI, I was criminal investigator for the United States Marshalls Service for five years. Prior to that, I was employed as a Special Agent with the Secret Service. During my employment with the Marshalls Service and Secret Service, I participated in cases involving violations of Title 18. I testified in grand jury proceedings, evidentiary hearings and conducted trial

preparation for cases for these cases.

### III. PROBABLE CAUSE

5.  According to an investigation conducted by the Visalia, California, Police Department (VPD), on May 7, 2004, at 7:39 p.m., Albert Magallanes ("Magallanes") was riding in a vehicle along with several other individuals and stopped at the address of victim E.C. which was located in Visalia, California.[1] Magallanes exited the vehicle and brandished a silver-colored handgun that he had been concealing on his person. As Magallanes arrived at that address, E.C. exited the front door of residence. Magallanes fired at least five rounds from the handgun toward E.C., striking him at least one time in the hip area. Magallanes then fled the scene. E.C. was transported to the hospital and died as a result of injuries he sustained from being shot by Magallanes. The VPD conducted an investigation and interviewed several people who were witness to the shooting and present in the vehicle with Magallanes, all who identified Magallanes as the person who shot E.C.

6.  The VPD conducted follow up investigative efforts to locate and apprehend Magallanes in the days and weeks following the murder of E.C. without success. Specifically, in the days following the murder of E.C., VPD Detectives conducted multiple interviews, including of other individuals who were in the same vehicle as Magallanes during the incident. VPD Detectives obtained eyewitness accounts from individuals who saw Magallanes with a firearm and watched him fire it in the direction of E.C. Witnesses further stated that after Magallanes got back into the van after the shooting, he commented that he "Lit that buster up", referring to E.C.

8.  On May 21, 2004, the Tulare County, California, District Attorney's Office applied for and received an Arrest Warrant for Magallanes for violation of the California Penal Code Section 187 (murder) for his role in the murder of E.C.

9.  The Tulare County warrant for Magallanes's arrest remains outstanding and attempts to locate

---

[1] Any and all references herein to dates and times are to approximate dates and times.

Magallanes by the VPD have been unsuccessful. Immediately following the murder, VPD Detectives interviewed numerous witnesses who stated that the last time they saw Magallanes was the day/evening of the murder and that they did not know his current whereabouts. VPD Detectives attempted to locate Magallanes, through surveillance, physical searches, and interviews with Magallanes's family and friends, all of whom claim that they do not know Magallanes's current whereabouts. As recently as December of 2017, VPD Detectives made contact with Magallanes's mother, who still resides in the Visalia, California, area. Magallanes's mother denied having current contact information for Magallanes and who stated that she does not know where Magallanes is currently located. It was determined by VPD Detectives through interviews and records checks that Magallanes does have extended family in Mexico. Based upon this information, your Affiant believes that Magallanes may be living in Mexico, but has otherwise fled from California to avoid arrest and prosecution.

**CONCLUSION**

The above facts set forth probable cause to believe that Albert Magallanes is in violation of Title 18 U.S.C. § 1073, Unlawful Flight to Avoid Prosecution. I hereby request that an arrest warrant be issued for Albert Magallanes for this violation.

THOMAS A. VOLK
Special Agent, Federal Bureau of Investigations

Swore to and subscribed before me
this ___1___ day of __Feb__, 2018

ERICA P. GROSJEAN
UNITIED STATES MAGISTRATE JUDGE

Reviewed as to form
this 31st day of January, 2018.

/s/ Karen Escobar
KAREN ESCOBAR
Assistant U.S. Attorney

COMPLAINT AFFIDAVIT                                                 3